NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**J. S.,**
*Petitioner-Appellant*

**v.**

**SECRETARY OF HEALTH AND HUMAN SERVICES,**
*Respondent-Appellee*

---

2023-1644

---

Appeal from the United States Court of Federal Claims in No. 1:16-vv-01083-EHM, Judge Edward H. Meyers.

---

## JUDGMENT

---

ROBERT JOEL KRAKOW, I, Law Office of Robert J. Krakow, New York, NY, argued for petitioner-appellant.

ZOE WADE, Torts Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by ALEXIS B. BABCOCK, BRIAN M. BOYNTON, C. SALVATORE D'ALESSIO, HEATHER LYNN PEARLMAN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, HUGHES, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 5, 2024
Date

Jarrett B. Perlow
Clerk of Court